# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| John Meggs,<br><br>            Plaintiff(s),<br><br>vs.<br><br>Circa Hospitality Group II LLC,<br><br>            Defendant(s). | **2:23-cv-01117-RFB-MDC**<br><br>**Order** |

Pending before the court is the parties' *Stipulation to Extend Deadlines Set By The Joint Discovery Plan and Scheduling Order* ("Stipulation") (ECF No. 21). The Court denies the Stipulation. The Court is concerned about the admitted "little discovery that has been conducted." ECF No. 21 at 2:11-12. The parties must diligently pursue their cases. *See Bonham v. Daniels*, 2023 U.S. Dist. LEXIS 164172, at *5 (D. Nev. Sept. 14, 2023).

The parties are also reminded they must cooperate with each other in good faith in scheduling depositions and coordinating discovery. See e.g., LR IA 1-3(f).  That said, one party may unilaterally notice depositions for a reasonable date if unable to coordinate a mutually agreeable date after a good faith effort to do so.  See FRCP 31(b)(1).  The Court is concerned about the plaintiff twice cancelling depositions one day prior to their scheduled date.  This is unreasonable.  The Court did not see any extenuating circumstances articulated in the Stipulation which precluded plaintiff from contacting defendant within a reasonable time after receiving notice of the depositions to reschedule and propose new deposition dates.

//

//

Given the other matters raised in the Stipulation, the parties' agreement to reopen discovery, and their seeming commitment to completing any remaining discovery, the Court finds good cause to reopen discovery but with the following deadlines:

- **Initial Expert Disclosure**: May 28, 2024
- **Discovery Cut-off**: July 19, 2024
- **Expert Rebuttal Disclosure**: June 28, 2024
- **Dispositive Motions**: August 19, 2024
- **Joint Pretrial Order**: September 19, 2024

ACCORDINGLY,

**IT IS ORDERED that:**

1. The Stipulation (ECF No. 21) is DENIED.
2. Discovery is reopened with the deadlines as set forth above.

DATED this 10th day of May 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge