**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| John Meggs,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>Circa Hospitality Group II LLC.,<br><br>　　　　Defendant(s). | **2:23-cv-01117-RFB-MDC**<br><br>**Order Setting Hearing and Expedited Briefing** |

　　**IT IS ORDERED** that the parties shall appear for an in-person hearing on June 21, 2024, at 11:30AM in Courtroom 3A on defendant's *Emergency Motion to Strike* (ECF No. 27).

　　**IT IS FURTHER ORDERED** that any opposition to the *Emergency Motion to Strike* be filed no later than 5:00pm June 20, 2024. No reply is necessary.

　　IT IS SO ORDERED

　　Dated this 18th day of June 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge