Robert P. Spretnak, Esq. (Bar No. 5135)
Bob@spretnak.com
LAW OFFICES OF ROBERT P. SPETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada
Telephone: (702) 454-4900
Facsimile: (702) 938-1055

Anthony J. Perez, Esq.
*pro hac vice*
ajp@ajperezlawgroup.com
& jr@ajperezlaw.com
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CIRCA HOSPITALITY GROUP II LLC,<br>D/B/A THE D LAS VEGAS<br><br>　　　　Defendant | Case No.: 2:23-cv-01117-RFB-MDC<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |

　　Plaintiff, JOHN MEGGS (hereinafter "Plaintiff"), by and through his counsel of record, ROBERT P. SPRETNAK, ESQ. of the LAW OFFICES OF ROBERT P. SPRETNAK, and ANTHONY J. PEREZ, ESQ. of the LAW FIRM OF ANTHONY J. PEREZ LAW GROUP, PLLC, and Defendant CIRCA HOSPITALITY GROUP II LLC, D/B/A THE D LAS VEGAS by and through their counsel of record, CYNTHIA L. ALEXANDER, ESQ. and ALEXIS M. TAITEL, ESQ. of DICKINSON WRIGHT PLLC, stipulate as follows: IT IS HEREBY

STIPULATED AND AGREED that the above-captioned matter be dismissed, with prejudice, as to Defendant, CIRCA HOSPITALITY GROUP II LLC, D/B/A THE D LAS VEGAS, with each party to bear their own fees and costs.

IT IS FURTHER STIPULATED AND AGREED that any remaining matters on calendar shall be vacated.

DATED: December 2, 2024

| | |
|---|---|
| */s/ Anthony J. Perez, Esq.* <br> PRO HAC VICE <br> ajp@ajperezlawgroup.com & <br> jr@ajperezlawgroup.com <br> ANTHONY J. PEREZ LAW GROUP, PLLC <br> 7950 W. Flagler Street, Suite 104 <br> Miami, Florida 33144 <br> Telephone: (786) 361-9909 <br> Facsimile: (786) 687-0445 <br><br> *Attorney for Plaintiff John Meggs* | */s/ Cynthia L. Alexander* <br> Cynthia L. Alexander, Esq. <br> Nevada Bar No. 6718 <br> DICKINSON WRIGHT PLLC <br> Alexis M. Taitel, Esq. <br> Nevada Bar No. 16012 <br> 3883 Howard Hughes Parkway, Suite 800 Las Vegas, NV 89169 <br> Tel: 702-550-4400 <br> Fax: 844-670-6009 <br> Email: CAlexander@dickinson-wright.com <br><br> *Attorneys for Defendant Circa Hospitality Group II LLC d/b/a The D Las Vegas* |

**ORDER**

IT IS SO ORDERED.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** December 2, 2024.